600-15
FILE COPY


# ELECTRONIC RECORD

COA #   11-12-00319-CR                    OFFENSE:  1

STYLE:  **Kevin Royce Peek v.**
        **The State of Texas**          COUNTY:  Brown

COA DISPOSITION:      AFFIRMED          TRIAL COURT:  35th District Court

DATE: 4/16/15              Publish: YES  TC CASE #:    CR21821


# IN THE COURT OF CRIMINAL APPEALS

STYLE:  **Kevin Royce Peek v.**
        **The State of Texas**          CCA #:  **PD-0600-15**

_____APPELLANT'S_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:        _____

_____REFUSED,_____                JUDGE:       _____

DATE: _08/26/2015_____                SIGNED: _____        PC: _____

JUDGE: ___[signature]___                  PUBLISH: _____        DNP: _____

-------------------------

                                         _____ MOTION FOR

                              REHEARING IN CCA IS: _____

                              JUDGE: _____


**ELECTRONIC RECORD**